■ MARLEENE MATIAS, an Infant, by RICARDO MATIAS, Her Guardian ad Litem, et al., v. NEW YORK CITY HOUSING AUTHORITY.— Motion for leave to reargue motion No. 110 of June 7, 1960 granted and, upon reargument, the original determination is adhered to. The appellants' time to serve and file the record on appeal and appellants' points is hereby extended to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ DEAK & CO., INC. v. BANCO NUNEZ.— Motion to dismiss appeal denied and the said appeal is marked withdrawn, with leave to the defendant to interpose an answer to the complaint within 20 days from the service of a copy of this order, with notice of entry, upon its attorneys. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ 220-2 EAST 85TH STREET, INC., et al., v. MARVIN FASTENBERG et al.— Motion for leave to dispense with printing granted only insofar as to dispense with the printing of the record on appeal and to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellants' points. The original exhibits are to be filed with the Clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ In the Matter of GEORGE H. PAPPAS. LEONA SKORA; GREAT SWEET GRASS OILS LIMITED.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ LOUIS STONE v. WILLIAM ANDACHT, INC.— Motion for leave to dispense with printing granted only insofar as to dispense with the printing of the record on appeal and the appellant's points and permitting the appeal to be heard upon three printed copies of the case on appeal used in the Appellate Term plus three typewritten copies of the additional papers required on appeal to this court and upon typewritten appellant's points upon condition that one typewritten copy of the additional papers required on appeal to this court and one typewritten copy of the appellant's points are served upon the attorney for the respondent and six typewritten copies of the appellant's points are filed with this court together with three copies of the record on appeal as hereinbefore provided. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ JOSEPH W. LITTMAN v. HARRY GROSSMAN et al., Doing Business as GROSSMAN & GROSSMAN.— Motion for leave to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of the exhibits, on condition that the originals thereof are filed with the clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.